**Julian GARCIA, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27445.**

Court of Criminal Appeals of Texas.

Feb. 9, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Passing a forged instrument is the offense; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.